1  NICHOLAS TRUTANICH
United States Attorney
2  District of Nevada
Nevada Bar Number 13644
3  BRIAN WHANG
Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
brian.whang@usdoj.gov
6  *Attorneys for the United States of America*

7  **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

9  | IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AS: | Magistrate No. 2:20-mj-939-BNW |
|---|---|
10 | **INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (702) 743-4160 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE US, INC.** | **MOTION TO UNSEAL SEARCH WARRANT**<br><br>Filed under Sealed |

14      The United States of America, by Nicholas Trutanich, United States Attorney,

15  and his assistant Brian Whang, hereby moves this Court for an Order to unseal the Search

16  Warrant, Affidavit and related legal process in the above captioned matter.

17      The search warrant and affidavit were issued on October 23, 2020, and sealed at

18  that time to protect the integrity of an ongoing investigation. The Government seeks to

19  unseal the above captioned matter so that documents may be provided in discovery.

20      DATED this 22nd day of December, 2020.

21                                          Nicholas Trutanich
                                            United States Attorney

22
                                            _____/s/ Brian Whang_____
23                                          Brian Whang
                                            Assistant United States Attorney

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AS:<br><br>**INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (702) 743-4160 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE US, INC.** | Magistrate No. 2:20-mj-939-BNW<br><br>ORDER TO UNSEAL |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matter and all documents filed therein are unsealed.

IT IS SO ORDERED:

THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: 12/29/2020

2